1

2

3                                    UNITED STATES DISTRICT COURT

4                                  NORTHERN DISTRICT OF CALIFORNIA

5                                           SAN JOSE DIVISION

6

7    JUSTIN GILL,                                    Case No.  5:13-cv-05178-BLF

              Plaintiff,
8                                                    **CASE MANAGEMENT ORDER**

9         v.

10   CITY OF SEASIDE POLICE
     DEPARTMENT, et al.,
11
              Defendants.

12

13        On 02/11/2016, the parties appeared before Judge Beth Labson Freeman for a Case

14   Management Conference.

15        IT IS HEREBY ORDERED that the following schedule shall apply in this case:

16

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 05/18/2017 at 9:00 am |
| Final Pretrial Conference | 08/31/2017 at 1:30 pm |
| Trial | 09/11/2017 at 9:00 am |

26

27

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2    are referred to the assigned Magistrate Judge.

3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4    orders, which are available on the Court's website and in the Clerk's Office.

5    IT IS FURTHER ORDERED THAT the parties are to meet and confer regarding

6    amendments to amended complaint by 2/25/2016.

7    IT IS FURTHER ORDERED THAT the Court GRANTS Leave to File Amended

8    Complaint.  Amended Complaint to be filed by 03/03/2016.

9    IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated

10   proposed order regarding dates and deadlines to trial by 03/03/2016.

11

12   Dated:  02/11/2016

13   _____

14   BETH LABSON FREEMAN
     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2